■ TRANSPORT WORKERS UNION OF GREATER NEW YORK, Appellant, v CARMEN BIANCO, Respondent. [11 NYS3d 859]—

Order, Supreme Court, New York County (Anil C. Singh, J.), entered September 2, 2014, which, inter alia, granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

The court properly dismissed plaintiff union's complaint alleging that the collective bargaining agreement provision setting forth procedures for predisciplinary suspensions was void under Civil Service Law § 75. "Rights under Civil Service Law § 75 may be supplemented, modified or replaced by the terms of a collective bargaining agreement" (*Matter of Patel v New York City Hous. Auth.*, 26 AD3d 172, 174 [1st Dept 2006]), which is the case here with respect to disciplinary grievance procedures set forth under the Civil Service Law, including those concerning predisciplinary suspensions (*see Matter of Robinson v New York City Tr. Auth.*, 226 AD2d 467, 468 [2d Dept 1996]). Concur—Mazzarelli, J.P., Sweeny, Saxe, Richter and Manzanet-Daniels, JJ.